```
 1
 2
 3
 4
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   CENTRAL DISTRICT OF CALIFORNIA
10
11  JAMES ROBERT STANFORD,        ) NO. ED CV 19-0276-SVW(E)
                                  )
12              Petitioner,       )
                                  )
13       v.                       )        JUDGMENT
                                  )
14  D. PARAMO, Warden,            )
                                  )
15                                )
                Respondent.       )
16                                )
    _____)
17
18       Pursuant to the Order Accepting Findings, Conclusions and
19  Recommendations of United States Magistrate Judge,
20
21       IT IS ADJUDGED that the Petition is denied and dismissed with
22  prejudice.
23
24           DATED:  August 14, _____, 2019.
25
26                          _____
                                   STEPHEN V. WILSON
27                            UNITED STATES DISTRICT JUDGE
28
```